HIGHLY SENSITIVE DOCUMENTS

AAS
F. #2020R00969

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KUANG CHI WAN,
   also known as "James Wan,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION
1:23-cr-00321-CBA

Criminal Docket No. ____-_____ (____)

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant KUANG CHI WAN's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            August 7, 2023

                                    BREON PEACE
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                        By:   _____
                                    Alexander A. Solomon
                                    Assistant United States Attorney
                                    (718) 254-6074

Cc:    Clerk of the Court
        William Newman, Esq.