TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

United States _____

v.

Wan _____
------------------------------------------------X

Submitted by: Plaintiff ◯  Defendant ◯  DOJ ⬤

Name: Alexander Solomon
Firm Name: USAO-EDNY
Address: 271 Cadman Plaza East
Brooklyn, NY 11201
Phone Number: 718-254-6074
Email Address: alexander.solomon@usdoj.gov

Filed: 8/7/23

CR-23-321 (DLI)
Docket Number

***HIGHLY SENSITIVE DOCUMENT***
***SEALED***

Check One:
Motion for Leave to Designate ⬤    Motion for Leave to Designate ◯
New Filing as an HSD                Previously Electronically Filed
                                    Document as an HSD and
                                    Remove from CM/ECF

The enclosed is hereby designated as a Highly Sensitive Document, pursuant to Administrative Order 2021-02. It is ordered to be filed in the Clerk's Office and retained pursuant to the procedures set forth in Administrative Order 2021-02.

SO ORDERED.
Dated: 8/15/83
_____, New York

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

*******************************************************************************

THIS SECTION TO BE COMPLETED BY CLERK'S OFFICE ONLY

Received on _____ in

Brooklyn, New York    Central Islip, New York

By: _____

Document Number _____

Scanned ☐    On Appeal ☐    Other Status _____

Order # Granting Leave to File _____

Order # Denying Leave to File _____

Form Revised 03.26.2021