

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH:AAS
F. #2020R00969

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 21, 2023

By ECF

Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. John Doe
             Crim. No. 23-CR-321 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter regarding the plea hearing in the above-referenced matter, currently scheduled for September 6, 2023 at 9 a.m. Based on the express authorization from the Deputy Attorney General, the government will be seeking to conduct the hearing in a closed courtroom. See 28 C.F.R. § 50.9(d)(1).

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:    /s/ Alexander A. Solomon
                         Alexander A. Solomon
                         Assistant U.S. Attorney
                         (718) 254-6215

cc:     Defense Counsel (by email)
        Clerk of Court (by email)