

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

AFM:AAS
F.#2020R00939

271 Cadman Plaza East
Brooklyn, New York 11201

April 30, 2025

By ECF and Email

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*

Re:  United States v. John Doe
      Criminal Docket No. 23-321

Dear Judge Amon:

*So Ordered*  s/Carol Bagley Amon
5/1/25

The government respectfully moves to unseal the docket in the above-referenced matter, including the amended complaint and the criminal information, and to replace the anonymized caption with the defendant's true name "Kuang Chi Wan." The government further seeks scheduling of a sentencing date and that the Probation Department prepare a Presentence Investigation Report. Defense counsel joins in this letter's requests in all respects.

The reason for the motion to unseal and to un-anonymize the caption is that a widely disseminated news article has mooted the further need for anonymization and sealing. *See* Andrew McIntosh, "Ex-UN Official from Montreal Nabbed by FBI for Alleged Role

Selling Chinese Weapons to Libya," *Global News* (Jan. 27, 2025), *available at* https://globalnews.ca/news/10976012/un-montreal-official-fbi-probe-china-weapons-libya/ (last visited April 16, 2025).

                                                Respectfully submitted,

                                                JOHN J. DURHAM
                                                United States Attorney

By:     <u>/s/ Alexander A. Solomon</u>
           Alexander A. Solomon
           Sara K. Winik
           Assistant U.S. Attorneys
           (718) 254-7000

Enclosure

cc:    Clerk of the Court (by email)
       Defense counsel (by email)