UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>- versus -<br><br>Kuang Chi Wan<br><br>Defendant. | Case No. 23-cr-321 |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, William H. Newman hereby petitions this honorable Court for leave to withdraw and to be relieved as Counsel for the Defendant in the above-captioned action.

The basis for the motion is that the undersigned is no longer affiliated with the Oberheiden, P.C. law firm in connection with this matter. The undersigned is not seeking any charging lien in connection with this withdrawal. And he has notified the Defendant of the motion and served a copy of it upon him by email today.

No affidavit is necessary because another attorney from Oberheiden, P.C., Shrey Sharma, will be representing the Defendant.

WHEREFORE, William H. Newman respectfully requests that the Court grant this motion, and allow him to withdraw as counsel, and for such other and further relief to which they may be justly entitled.

1

Dated:  August 30, 2025
        Brooklyn, New York

_____

William H. Newman
33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
Telephone: (718) 218-3360
Email: will@willnewmanlawyer.com