DMP:AAS
F. #2020R00969

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. _____ |
| KUANG CHI WAN,<br>   also known as "James Wan," | (T. 22, U.S.C., §§ 2778(b)(1)(A)(ii) and 2778(c); T. 22, C.F.R., §§ 121.1, 126.1, 127.1, 129.2, 129.3, 129.4, 129.6, 129.7, 129.8 and 129.10; T. 18, U.S.C., §§ 2, 981(c) and 3551 et seq.; T. 21., U.S.C., § 853(p); T.28, U.S.C., § 2461(c)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

ENGAGING IN THE UNAUTHORIZED BUSINESS OF BROKERING ACTIVITIES

1. In or about and between January 2019 and January 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KUANG CHI WAN, also known as "James Wan," a U.S. person, together with others, did knowingly and willfully engage in the business of brokering activities with respect to the manufacture, export, import and transfer of one or more foreign defense articles on the United States Munitions List (USML), to wit: unmanned aerial vehicles specially designed to incorporate a defense article, as described in Category VIII(a)(5) of the USML, including the Tengden TB-001 drone, without having first registered and obtained a

license for such brokering and a written authorization for such brokering from the United States Department of State, Directorate of Defense Trade Controls.

(Title 22, United States Code, Sections 2778(b)(1)(A)(ii) and 2778(c); Title 22, Code of Federal Regulations, Sections 121.1, 126.1, 127.1, 129.2, 129.3, 129.4, 129.6, 129.7, 129.8 and 129.10; Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

*By Carolyn Pokorny, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00969

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

KUANG CHI WAN, also known as "James Wan,"

Defendant.

# INFORMATION

(T. 22, U.S.C., §§ 2778(b)(1)(A)(ii) and 2778(c); T. 22, C.F.R., §§ 121.1, 126.1, 127.1, 129.2, 129.3, 129.4, 129.6, 129.7, 129.8 and 129.10; T. 18, U.S.C., §§ 2, 981(c) and 3551 et seq.; T. 21., U.S.C., § 853(p); T.28, U.S.C., § 2461(c))

*A true bill.*

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Alexander A. Solomon, Assistant U.S. Attorney (718) 254-6074*